This motion is mooted by Defendants' consent to alternative service at Doc. 35. The Clerk of the Court is respectfully directed to terminate the pending gavel

SO ORDERED: 1/19/23

*[signature]*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Scott MacKenzie,

                Plaintiff,

-against-

Waypointe Partners Management LLC,
Waypointe Limited and Stephen Johansen,

                Defendants.

22-cv-07951 (VSB)

NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law; the Declaration of Stephen Johansen and Shu Wa Yeung; and all prior pleadings and papers filed in this action, Defendants Waypointe Partners Management LLC, Waypointe Limited and Stephen Johansen will move before this Court at United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse 40 Foley Square, Courtroom 518, New York, NY 10007, on such date and time as the Court sets, for an Order to dismiss with prejudice the above referenced action against Defendants pursuant to Fed. R. Civ. Pro. 12(b)(5) and 12(b)(6).

Dated:   December 5, 2022
           New York, New York

                                  /s/ *Christopher Q. Davis*
                                  Christopher Q. Davis
                                  Hajar Hasani
                                  Law Office of Christopher Q. Davis
                                  80 Broad Street, Suite 703
                                  New York, NY 10004
                                  (646) 430 -7930
                                  cdavis@workingsolutionsnyc.com
                                  hhasani@workingsolutionsnyc.com
                                  *Attorneys for Defendants Waypointe*
                                  *Partners Management LLC, Waypointe Limited,*
                                  *and Stephen Johansen*