```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT MACKENZIE,

            Plaintiff,

    -v-

WAYPOINTE PARTNERS
MANAGEMENT LLC, *et al.*,

            Defendants.

**ORDER FOR CONFERENCE**

22-CV-7951 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court shall hold a conference with counsel to discuss settlement on **April 15, 2025**, at **10:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 903 469 186#).

**SO ORDERED.**

Dated: April 1, 2025
       New York, New York

                                                    _____
                                                    Henry J. Ricardo
                                                    United States Magistrate Judge