UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
SCOTT MACKENZIE,                                             :
:
                    Plaintiff,   :
:     22-CV-7951 (VSB) (HJR)
       -against-                                          :
:     **ORDER**
WAYPOINTE PARTNERS MANAGEMENT :
LLC, *et al.*,                                               :
:
                Defendants.   :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement in principle and that they expect to memorialize all the terms of a settlement agreement "in the next month." (Doc. 62.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated:  September 3, 2025
         New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge